UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY ABBOTT, *et al.*,<br><br>Defendants | CRIMINAL No. 19-MJ-6087-MPK-15 |

MOTION TO QUASH ARREST WARRANT FOR DOUGLAS HODGE

The United States of America, by Andrew E. Lelling, United States Attorney, and Justin D. O'Connell, Assistant United States Attorney for the District of Massachusetts, moves the Court for an Order quashing the arrest warrant of defendant Douglas Hodge. This motion is made in the interest of justice since to the defendant self-reported to the court this morning.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Justin D. O'Connell
JUSTIN D. O'CONNELL
Assistant United States Attorney
(617) 748-3130

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                          /s/ Justin D. O'Connell
                                                          JUSTIN D. O'CONNELL
                                                          Assistant United States Attorney

Date: March 13, 2019